IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| MARISOL C. FORCINITO, | HONORABLE JEROME B. SIMANDLE |
|---|---|
| Plaintiff, | Civil No. 12-6940 (JBS) |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | **ORDER** |
| Defendant. | |

This matter coming before the Court upon review of the final decision of the Defendant, Commissioner of the Social Security Administration, denying the application of Marisol Forcinito for disability benefits under Title II of the Social Security Act; and the Court finding that the Commissioner's decision is supported by substantial evidence and that it should be affirmed for the reasons stated in the Opinion of today's date;

IT IS this **23rd** day of **January, 2014** hereby

ORDERED that the Commissioner's decision is **AFFIRMED**.

    **s/ Jerome B. Simandle**
    JEROME B. SIMANDLE
    Chief U.S. District Judge